UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RANDY DENKER )<br>)<br>Plaintiff )<br>v. )<br>)<br>ZERO WASTE RECYCLING, LLC )<br>)<br>Defendant )<br>) | Civil No. 3:20-cv-660 |

## NOTICE ON ORDER REGARDING AMENDED COUNTERCLAIM

Defendant Counter-Plaintiff, Zero Waste Recycling, LLC ("Defendant Counter-Plaintiff" or "Zero Waste"), by its undersigned counsel, hereby notifies the Court that it has decided not to file an Amended Counter-Claim, in response to the Court's April 29, 2021 Order, allowing it to do so.

Dated this 6th day of May, 2021

/s/Zipporah Basile Edwards
Zipporah Basile Edwards (N.C. Bar No. 20838)
OFFIT KURMAN, P.A.
301 S College St, Suite 2600
Charlotte, NC 28202
Phone: 704-377-2500
Fax: 704-372-2619
E-Mail: zip.edwards@offitkurman.com

Scott Kamins, *pro hac vice*
Offit Kurman, P.A.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
(301) 575-0347 (phone)
(301) 575-0335 (facsimile)
skamins@offitkurman.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notice of filing to the following counsel of record.

Corey M. Stanton
Philip J. Gibbons, Jr.
Craig L. Leis
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Place , Ste 325
Charlotte, North Carolina
*Attorneys for Plaintiff*

       Dated this 6th day of May, 2021

       /s/Zipporah Basile Edwards
       Zipporah Basile Edwards

4832-6366-2056, v. 1